```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                     EASTERN DIVISION
```

JACQUELINE WILLIAMS                                       PLAINTIFF

VS.                                   CIVIL ACTION NO. 4:04CV179LR

WEEMS COMMUNITY MENTAL HEALTH CENTER                      DEFENDANT

## JUDGMENT

For the reasons given in the memorandum opinion and order granting defendant's motion for summary judgment entered in this case on this date, it is hereby

Ordered and adjudged that this action is dismissed.

SO ORDERED AND ADJUDGED this 13th day of June, 2006.

                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE